# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD T. HENTON and BELINDA HENTON, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) CASE NO. 04-4217-DRH ) |
| WAL-MART STORES, INC. and WAL-MART STORES EAST, LP., | ) ) |
| Defendant/Third Party Plaintiff, | ) ) |
| vs. | ) ) |
| UNITED PARCEL SERVICE, INC., | ) ) |
| Third Party Defendant. | ) |

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that the above-captioned matter be referred to a United States Magistrate Judge of the Southern District of Illinois to conduct further proceedings and to enter judgment in accordance with the consents filed herein. Nothing shall be deemed to preclude any duly appointed and qualified Judge of this Court from conducting any and all proceedings, including trial of the above-designated case.

**DATED: January 30, 2006**

/s/     David RHerndon
**District Judge**