Judgment in a Civil Case

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEONARD T. HENTON and BELINDA HENTON, ) ) ) | |
| Plaintiffs, ) ) | |
| vs. ) ) | CASE NO. 04-4217-PMF |
| WAL-MART STORES, INC. and WAL-MART STORES EAST, LP., ) ) | |
| Defendant/Third Party Plaintiff, ) ) | |
| vs. ) ) | |
| UNITED PARCEL SERVICE, INC., ) ) | |
| Third Party Defendant. ) | |

## JUDGMENT IN A CIVIL CASE

The Court having been advised by the parties that this matter has been fully resolved,

**IT IS ORDERED AND ADJUDGED** upon stipulation of the parties, that this cause of action is dismissed with prejudice.

**DATED:  January 5, 2007.**                              NORBERT G. JAWORSKI, CLERK

                                                                   By: s/Karen R. Metheney
                                                                           Deputy Clerk

**APPROVED:**

*s/Philip M. Frazier*
**HON. PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**